UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-86 (01) (RHK) |
| Plaintiff, | |
| | ORDER TO EXTEND |
| v. | DEADLINES FOR RESPONDING |
| | TO PRE-SENTENCE REPORT |
| CONSTANTINO SERRATO-GIL, | |
| Defendant. | |

_____

This matter came before the undersigned District Court Judge, upon the Motion of Constantino Serrato-Gil, for an extension of the deadlines for responding to the Pre-Sentence Report.

Based upon all the files, records and proceedings herein, it is hereby ordered:

1. Written correspondence identifying objections and proposed amendments to the Pre-Sentence Report, or correspondence adopting the findings of the Report, are due in the United States Probation Office and office of opposing counsel, on or before August 11, 2006; and

2. Position Pleadings, if required, are to be filed with the clerk of U.S. District Court, and served upon the United States Probation Office and office of opposing counsel, on or before August 18, 2006.

Dated: July 20, 2006      s/Richard H. Kyle_____
                          RICHARD H. KYLE
                          Senior U.S. District Judge